hearing denied. MR. JUSTICE BLACK took no part in the consideration and decision of these applications.

No. 217. BASS, ADMINISTRATRIX, *v.* DEHNER, EXECUTRIX. November 6, 1939. Petition for rehearing denied. MR. JUSTICE BLACK is of opinion that the petition for rehearing and the petition for writ of certiorari in this case should be granted.

No. —, original. EX PARTE J. R. PALMER. November 6, 1939.

No. 54. BALL *v.* UNITED STATES. November 6, 1939.

No. 71. ROBY-SOMERS COAL CO. *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. November 6, 1939.

No. 150. HIGHWAY STEEL & MFG. CO. *v.* CRAWFORD COUNTY CIRCUIT COURT ET AL. November 6, 1939.

No. 168. R. L. BLAFFER & CO. *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1939.

No. 209. ROGERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 6, 1939.

No. 238. MADDEN, DOING BUSINESS AS KOHL & MADDEN PRINTING INK CO., *v.* MAC SIM BAR PAPER CO. November 6, 1939.

No. 249. WOODS, COURT TRUSTEE, *v.* INDEMNITY INSURANCE CO. November 6, 1939.